Case 7:25-mj-00200-CKM     Document 1-1     Filed 09/15/25     Page 1 of 6     Pageid#: 2

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

September 15, 2025

LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>D'MARION OSHEY ARRINGTON | Case No. 7:25mj200 |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
AND ARREST WARRANT**

I, Stephen D. Foster, being first duly sworn, hereby depose and state the following:

**INTRODUCTION AND AGENT BACKGROUND**

1.   I make this affidavit in support of a complaint and arrest warrant under Rules 3, 4, and 4.1 of the Federal Rules of Criminal Procedure.

2.   I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18 of the United States Code Section 2510(7), and empowered by law to conduct investigations of, and to make arrests for, offenses in violation of Title 18 and Title 21 of the United States Code.

3.   I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, and have been since approximately November 2023. I am employed by the Roanoke City Police Department as a detective and have been a sworn law enforcement officer within the Commonwealth of Virginia for approximately 14 years. During that time, I have conducted numerous firearms investigations, and I have received specialized training in various aspects of law enforcement, including but not limited to criminal investigations involving firearms,

including the Gun Control Act within Title 18 of the United States Code.

4. This affidavit is made in support of a criminal complaint charging D'marion Oshey Arrington ("ARRINGTON") with the possession of a stolen firearm in violation of Title 18, United States Code, Section 922(j).

5. The information contained in this affidavit is based on my personal knowledge of, and involvement in, this investigation as well as other facts and information provided to me by other law enforcement officers involved in this investigation. I am thoroughly familiar with the information contained in this affidavit through personal knowledge, records and reports, and through discussions with other law enforcement personnel. The facts comprising the basis for this affidavit are true and correct to the best of my knowledge. This affidavit is submitted for the limited purpose of obtaining the Court's approval for the attached application and includes only those facts that are believed necessary to establish probable cause.

## PROBABLE CAUSE

6. On or about May 21, 2025, in Vinton, Virginia, R.P. and T.W. reported to the Vinton Police Department (VPD) that R.P.'s two firearms, a Heckler and Koch, Model: VP9, Caliber: 9mm, Serial Number: 224-150861 ("H&K firearm") and a black Glock 19, 9mm pistol, Serial Number BCGX402 were stolen from their residence. R.P. is the original purchaser and owner of both firearms and T.W. is his roommate. During the initial report, T.W. told responding VPD officers that he was robbed, in his residence, by three black males who took the two firearms which belonged to R.P. T.W. stated that the name of one of the individuals was "Montez." The three men then fled the scene. R.P., who was not at the

residence during the incident, confirmed the firearms were stolen.

7. During an interview later the same evening, T.W. reported that he was not robbed in his residence and that he had taken the firearms from the residence while R.P. was at work, to show off to his friends in Roanoke City. While showing off the firearms to a group of individuals a person he identified as "Montez" took both firearms, which were loaded, and ran away. T.W. and others chased "Montez" but were unable to catch him.

8. On or about August 6, 2025, Roanoke Police Department (RPD) Gang Intelligence Unit (GIU) Detective Nick Houck observed a social media post on the Instagram account "bigmari8blocka8" which showed ARRINGTON posing with a tan and black pistol with the comment "U can look in my eyes and see I don't play" overlayed in the center of the photograph. LE is also aware this account is utilized and controlled frequently by ARRINGTON. The photograph was posted on the aforementioned account on August 5, 2025. The serial number was visible on the barrel of the firearm and the firearm was identified as the H&K firearm stolen in May from R.P.



9. That same day, RPD GIU Detective Robert Newman obtained a state search warrant for ARRINGTON's person in reference to the stolen H&K firearm and any cellular devices on or about ARRINGTON's person.

10. After obtaining the warrant, LE located ARRINGTON on the front porch of 2765 Massachusetts Avenue Northwest, Roanoke, Virginia 24017 with approximately 7-10 other individuals. At approximately 1730 hours, LE approached the residence and multiple individuals, including ARRINGTON, fled into the residence. A uniformed officer approached the front door of the residence and demanded that ARRINGTON exit the residence. ARRINGTON refused to exit, and the officer entered the residence, advised ARRINGTON of the search warrant for his person, and attempted to gain physical control of ARRINGTON. ARRINGTON broke free from the officer and ran out of the front of the residence where ARRINGTON was ultimately taken into custody by TFO Stephen Foster.

11. During a subsequent search of ARRINGTON'S person, LE found the H&K firearm, in a holster in his front waistband. Inside his right pants pocket, LE located an Apple iPhone inside of a red case. Both items were seized by LE.

12. ARRINGTON was then transported by LE to the Roanoke Adult Detention Center, advised of his *Miranda* rights, which he waived, and spoke in a recorded interview with LE. During the interview, ARRINGTON explained to LE that he ran from officers because he knew the firearm he possessed was stolen and he did not want to be caught with it. ARRINGTON advised LE that the H&K firearm was stolen from a friend, and he took it back for his friend. ARRINGTON also provided LE with the passcode to his cellphone.

13. On August 7, 2025, Detective Houck obtained a state search warrant for a data

extraction from the Apple iPhone located on ARRINGTON's person. During a preliminary review of the data obtained from this phone, LE found photographs from the first week of June 2025, of ARRINGTON with a pistol resembling shape and color of the H&K firearm.




14. An ATF Interstate Nexus Agent examined information pertaining to the H&K firearm seized from ARRINGTON. The H&K firearm meets the definition of a firearm as set forth in Title 18, United States Code, Section 921(a)(3), that is it is designed to expel a projectile by the action of an explosive. The firearm was also test fired and a shell casing from that test fire was entered into NIBIN, which produced a lead to a shooting that occurred in Roanoke City on June 5, 2025. The ATF Interstate Nexus Agent also determined that this firearm has necessarily moved in/or has affected interstate commerce because it was not manufactured in the Commonwealth of Virginia.

15. All of these events described in this affidavit occurred in the Western District of Virginia.

## CONCLUSION

16.  Based on the forgoing, your affiant asserts that there is probable cause to believe that Dmarion Oshey ARRINGTON knowingly possessed a stolen firearm, in violation of Title 18, United States Code, Section 922(j), and that this violation took place in the City of Roanoke, within the Western District of Virginia.

_____
Stephen Foster
ATF TFO

Sworn before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 15th day of September 2025.

_____
HON. C. KAILANI MEMMER
UNITED STATES MAGISTRATE JUDGE